UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| PHIL LIFSCHITZ,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>CONFORMIS, INC., MARK A. AUGUSTI, CARRIE BIENKOWSKI, KENNETH P. FALLON, III, GARY P. FISCHETTI, PHILIP W. JOHNSTON, and BRADLEY LANGDALE,<br><br>　　　　　　　Defendants. | Case No. 1:23-cv-07316<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

---

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff Phil Lifschitz ("Plaintiff") voluntarily dismisses the claims in the captioned action (the "Action"). Because this notice of dismissal is being filed with the Court before service by defendants of either an answer or a motion for summary judgment, Plaintiff's dismissal of the Action is effective upon the filing of this notice.

Dated: September 6, 2023

　　　　　　　　　　　　　　　　　　　　WEISS LAW

　　　　　　　　　　　　　　　　　　　　By _/s/ Michael Rogovin_
　　　　　　　　　　　　　　　　　　　　Michael Rogovin
　　　　　　　　　　　　　　　　　　　　476 Hardendorf Ave. NE
　　　　　　　　　　　　　　　　　　　　Atlanta, GA 30307
　　　　　　　　　　　　　　　　　　　　Tel: (404) 692-7910
　　　　　　　　　　　　　　　　　　　　Fax: (212) 682-3010
　　　　　　　　　　　　　　　　　　　　Email: mrogovin@weisslawllp.com

　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*